UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| ANNIE BATTLE DYSON and AARON | ) | |
| PURNELL DYSON, as power of attorney | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| PNC BANK, N.A. | ) | No. 4:17-CV-98-FL |
| Defendant . | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 5, 2018, and for the reasons set forth more specifically therein, that this action is dismissed. The plaintiffs shall have and recover nothing from this action.

**This Judgment Filed and Entered on April 5, 2018, and Copies To:**
Annie Battle Dyson (via US mail) 158 South Washington St, Apt 205, Rocky Mount, NC 27801

April 5, 2018                     PETER A. MOORE, JR., CLERK

                      /s/ Sandra K. Collins
                     (By) Sandra K. Collins, Deputy Clerk